73 A.3d 509

MARYANN COTTRELL, PLAINTIFF–RESPONDENT, v. ZAGAMI, LLC, D/B/A THE LANDMARK AMERICANA TAP AND GRILL, D/B/A LANDMARK LIQUORS, D/B/A THE SPOT, DEFENDANT–PETITIONER.

September 10, 2013.

ORDERED that the petition for certification is granted limited to the issue of whether the New Jersey Civil Rights Act, *N.J.S.A.* 10:6–1 to 2, applies to defendants not acting under color of State law.

73 A.3d 509

NEW JERSEY DEPARTMENT OF CHILDREN AND FAMILIES, DIVISION OF YOUTH AND FAMILY SERVICES, PLAINTIFF–RESPONDENT, v. F.H., DEFENDANT, AND J.H., DEFENDANT–PETITIONER.

IN THE MATTER OF THE GUARDIANSHIP OF J.R. AND J.A.H., MINORS.

September 10, 2013.

Denied.